**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 12-1281**

—————————

JOEY CHESTER FULMER,

        Plaintiff - Appellant,

    v.

TRANTECH RADIATOR PRODUCTS INC.; PAUL COOPER, CEO; DEIRDRE
E. HICKS, Human Resources Manager; BOBBY EASLER, Plant
Manager; RAYMOND GRIFFIN, Supervisor; CARL HOUSTON,
Supervisor,

        Defendants - Appellees.

—————————

Appeal from the United States District Court for the District of
South Carolina, at Anderson.   J. Michelle Childs, District
Judge.  (8:10-cv-01854-JMC)

—————————

Submitted: June 21, 2012        Decided:  June 25, 2012

—————————

Before GREGORY, SHEDD, and DAVIS, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Joey Chester Fulmer, Appellant Pro Se.  Lovic Alton Brooks, III,
BROOKS LAW FIRM, Columbia, South Carolina, for Appellees.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joey Chester Fulmer appeals the district court's order accepting the magistrate judge's recommendation to grant Defendant's summary judgment motion on his employment discrimination claim, brought pursuant to the Americans with Disabilities Act of 1990, 42 U.S.C.A. §§ 12101-12213 (West 2005 & Supp. 2011). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. Fulmer v. TranTech Radiator Prods. Inc., No. 8:10-cv-01854-JMC (D.S.C. Feb. 22, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED